UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **ED CV 18-01193 CJC (AFM)**     Date: **September 4, 2018**

Title    **Robert Perez v. Transportation Sgt**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

    On July 26, 2018, the Court dismissed the Complaint with Leave to Amend and ordered plaintiff to file a First Amended Complaint by August 25, 2018. Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the action may be dismissed on the grounds set forth in the Order and for failure to diligently prosecute. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint and thus has failed to comply with the Court's Order.

    Additionally, plaintiff was granted leave to proceed without prepayment of filing fees and was ordered to pay the initial partial filing fee of $19.00 by July 30, 2018. Plaintiff was advised that failure to pay the initial partial filing fee and continued monthly payments may result in dismissal of the case. The docket sheet shows that, as late as the date of this Order, the initial partial filing fee has not been paid.

    Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and non-payment of the initial partial filing fee. Plaintiff shall file and serve a response to this Order in a written submission on or before **September 21, 2018**.

    IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |